# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| DAVID EBERLE AND JILL EBERLE, individually and as parents and guardians ad litem to their minor injured son B.E.,<br><br>Plaintiffs,<br>v.<br>MEGA BRANDS, INC., et al.,<br>Defendants.<br>_____/ | No. C 10-00523 MEJ<br><br>**NOTICE OF REASSIGNMENT**<br><br>**ORDER LIFTING SEAL** |

This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

Although this entire case was originally placed under seal, the Court finds that good cause exists to lift the seal, with certain documents remaining under seal. Accordingly, the Clerk of Court shall lift the seal on this case, but the following documents shall remain under seal:

Dkt. #1  *Complaint*
Dkt. #7  *Confidential Petition for Order Approving Compromise*
Dkt. #8  *Confidential Declaration of Fabrice Vincent in Support of Plaintiff's Petition*
Dkt. #9  *Confidential Declaration of Jill Eberle in Support of Plaintiff's Petition*
Dkt. #10 *Confidential Declaration of David Eberle in Support of Plaintiff's Petition*

No Dkt. #     *[Proposed] Order Approving Compromise of the Claim of Plaintiff*

If the parties wish to file any documents under seal subsequent to this Order, they must comply with Civil Local Rule 79-5.

As to Plaintiff's petition (Dkt. #7), the Court finds a hearing and further briefing unnecessary if all parties are in agreement. Accordingly, the Court hereby ORDERS the parties to file either a stipulation to approve the compromise or a joint request that the Court set the matter for a hearing and establish a briefing schedule. The parties shall file their statement by March 1, 2010.

**IT IS SO ORDERED.**

Dated: February 16, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge