Fabrice Vincent (State Bar No. 160780)
fvincent@lchb.com
Sarah London (State Bar No. 267083)
slondon@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Loren Kieve (State Bar No. 56280)
lk@kievelaw.com
KIEVE LAW OFFICES, INC.
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129-1110
Telephone: (415) 364-0060
Facsimile: (435) 304-0060

Attorneys for Plaintiffs
DAVID EBERLE AND JILL EBERLE,
individually and as parents and guardians ad litem to
their minor injured son B.E.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVID EBERLE AND JILL EBERLE, individually and as parents and guardians ad litem to their minor injured son B.E.,<br><br>Plaintiffs,<br><br>v.<br><br>MEGA BRANDS, INC.; MEGA BRANDS AMERICA, INC.; and JOHN DOE CORPORATIONS "A" through "J,"<br><br>Defendants. | Case No. CV 10 523 BZ<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIANS AD LITEM**<br><br>AND ORDER THEREON<br><br>Date:<br>Time:<br>Magistrate Judge: Hon. Maria-Elena James |

Petitioners, DAVID EBERLE and JILL EBERLE, father and mother of Plaintiff B.E., state as follows:

     1.    Plaintiff B.E. is a minor of the age of seven years.

843786.1

PETITION AND ORDER FOR APPOINTMENT OF
GUARDIAN AD LITEM
CASE NO.

2. He is about to commence action in this Court against MEGA BRANDS, INC., MEGA BRANDS AMERICA, INC., and DOES A through J, inclusive, for injury sustained due to a defective and dangerous MEGA BRANDS MAGNETIX BUILDING KIT.

3. Plaintiff B.E. has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. DAVID EBERLE and JILL EBERLE, whose address is 1154 Wilhelmina Way, San Jose, CA 95120, are competent and responsible persons, and are fully competent to act as Plaintiff B.E.'s guardians ad litem.

5. Said, DAVID EBERLE and JILL EBERLE are willing to act as guardians ad litem for Plaintiff B.E., as appears by their consent, attached hereto.

WHEREFORE, petitioners move the Court for an order appointing DAVID EBERLE and JILL EBERLE as guardians of Plaintiff B.E. for the purpose of bringing action against MEGA BRANDS, INC., MEGA BRANDS AMERICA, INC., and DOES A through J, inclusive, with regard to the claim hereinabove stated.

Dated: Feb. 3, 2010

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
Sarah R. London

Sarah R. London (State Bar No. 267083)
Fabrice Vincent (State Bar No. 160780)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
fvincent@lchb.com
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Loren Kieve (State Bar No. 56280)
KIEVE LAW OFFICES, INC.
5A Funston Avenue
The Presidio of San Francisco
San Francisco, California 94129
lk@kievelaw.com
Telephone: (415) 364-0060
Facsimile: (435) 304-0060

Attorneys for Plaintiffs

**CONSENT OF NOMINEES**

I, DAVID EBERLE, the nominee of the Petitioners, consent to act as guardian ad litem for B.E. in the above action.

Dated: February 3, 2010

_____
David Eberle

**CONSENT OF NOMINEES (cont.)**

I, JILL EBERLE, the nominee of the Petitioners, consent to act as guardian ad litem for B.E. in the above action.

Dated: 2/3, 2010  _____
　　　　　　　　　　　　　　　Jill Eberle

## ORDER

The petition for an order appointing DAVID EBERLE and JILL EBERLE as guardians ad litem for petition is GRANTED.

IT IS SO ORDERED

Dated: February 16, 2010

_____
United States Chief Magistrate Judge Maria-Elena James